UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHICAGO INSURANCE COMPANY | * | CIVIL ACTION NO. 13-CV-02433 |
| | * | |
| VERSUS | * | JUDGE SARAH S. VANCE |
| | * | |
| REILLY-BENTON COMPANY, INC. | * | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Chicago Insurance Company, and hereby voluntarily dismisses this suit against Reilly-Benton Company, Inc., with prejudice.

Respectfully submitted,

**DEGAN, BLANCHARD & NASH**

*/s/ Julia A. Dietz*
Sidney W. Degan, III (04804)
Julia A. Dietz (18866)
Mary K. Cryar (24062)
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
Attorneys for Chicago Insurance Company

### CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of July, 2013, a copy of the above and foregoing was served upon all counsel of record by e-mail.

*/s/ Julia A. Dietz*